No. 09–11015. COOPER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 09–11016. MEHRA v. CONTINENTAL CASUALTY CO. ET AL. (Reported below: 322 Wis. 2d 735, 778 N. W. 2d 172); and MEHRA v. SAEIAN ET AL. Ct. App. Wis. Certiorari denied.

No. 09–11017. MORRIS v. EVERETT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 09–11018. MCDANIEL v. MCKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 09–11019. NEELY v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 09–11021. HONESTO v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11023. GREENE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 09–11025. FORREST v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–11026. ROBERTS v. GERRY, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 09–11028. RILEY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09–11029. RODRIGUEZ v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–11030. DOBYNE v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 09–11033. STARNER v. JACKSON, SUPERINTENDENT, NASH CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.